UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
WHITE PLAINS HOUSING AUTHORITY,

                    Plaintiff(s),        **RESCHEDULING ORDER**

- against -

                                      17 Civ. 6250 (NSR)

MARIANINA OIL CORP.,

                    Defendant(s).
---------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

      Due to a Court scheduling conflict, the in-person Show Cause Hearing scheduled for May 4, 2022 at 11:00 am **is hereby rescheduled with the parties' consent to May 6, 2022 at 11:00 am.**

                                                        SO ORDERED.

                                                        Hon. Nelson S. Román, U.S.D.J.

Dated:    White Plains, New York
              May 2, 2022


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022