UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WHITE PLAINS HOUSING AUTHORITY,

                                       Plaintiff,                        **RESCHEDULING ORDER**

           -against-                                           17 Civ. 6250 (NSR)(JCM)

34 EPR, LLC, *et al.*,

                                       Defendants.
-----------------------------------------------------------------X

TO ALL PARTIES:

       The Settlement Conference previously scheduled for March 23, 2023 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy has been rescheduled for April 10, 2023 at 2:00 p.m. Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.

Dated: March 15, 2023
            White Plains, New York

                                                          **SO ORDERED:**

                                                            _____
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge